**LITTLER MENDELSON**
A Professional Corporation
One Newark Center, 8th Floor
Newark, New Jersey  07102
973.848.4700
    Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND and TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND,<br><br>Defendants. | Civil Action No. 10-cv-3984 (FSH)(PS)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>*Electronically Filed* |

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of Plaintiff Waste Management of New Jersey, Inc. ("Plaintiff") in the above-captioned action in addition to all attorneys currently listed as Plaintiff's attorneys of record.  Contact information for the undersigned counsel for Plaintiff is as follows:

    Frank A. Custode, Esq.
    LITTLER MENDELSON, P.C.
    One Newark Center – 8th Floor
    Newark, New Jersey 07102
    973-848-4700
    fcustode@littler.com

    The email address listed above may be used for electronic case filing notification purposes.  Plaintiff requests that copies of all notices, papers, motions, and any other

documents filed, received, or issued in this matter be sent to all attorneys of record.

                                    **LITTLER MENDELSON, P.C.**
                                    Attorneys for Plaintiff

                                  By:*/s/ Frank A. Custode*
                                          Frank A. Custode, Esq.

Dated: August 18, 2010

Firmwide:96946629.1 046609.1744