John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC.,<br>1000 Fannin #4000<br>Houston, TX 77002<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br>585 Hamburg Turnpike<br>Wayne, NJ 07470,<br><br>and<br><br>TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br>585 Hamburg Turnpike<br>Wayne, NJ 07470,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:10-cv-03984 (FSH/PS)<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as co-counsel for Defendants in the above captioned matter.

　　　　　　　　　　　　　　　　　　CARELLA, BYRNE, CECCHI,
　　　　　　　　　　　　　　　　　　OLSTEIN, BRODY & AGNELLO

　　　　　　　　　　　　　　　　　　By:　*/s/ John M. Agnello*
　　　　　　　　　　　　　　　　　　　　　JOHN M. AGNELLO

Dated: August 31, 2010