John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., <br> 1000 Fannin #4000 <br> Houston, TX 77002 <br><br> Plaintiff, <br><br> v. <br><br> TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND <br> 585 Hamburg Turnpike <br> Wayne, NJ 07470, <br><br> and <br><br> TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND <br> 585 Hamburg Turnpike <br> Wayne, NJ 07470, <br><br> Defendants. | Civil Action No. 2:10-cv-03984 (FSH/PS) <br><br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as co-counsel for Defendants in the above captioned matter.

                                                  CARELLA, BYRNE, CECCHI,
                                                  OLSTEIN, BRODY & AGNELLO

                                                  By: ___*/s/ Melissa E. Flax*___
                                                        MELISSA E. FLAX

Dated: August 31, 2010