John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Ronald E. Richman
Sara E. Solfanelli
Jaimie C. Davis
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
(212) 756-2048

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., 1000 Fannin #4000 Houston, TX 77002 | : Civil Action No. 2:10-cv-03984 (FSH/PS) : |
| Plaintiff, | : *Document electronically filed.* |
| v. | : |
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND 585 Hamburg Turnpike Wayne, NJ 07470, | : **CORRECTED NOTICE** : : |
| and | : |
| TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND 585 Hamburg Turnpike Wayne, NJ 07470, | : : |
| Defendants. | : |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO

Dated: September 11, 2010         By:    /s/ Melissa E. Flax
                                         MELISSA E. FLAX

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:      Sara E. Solfanelli

Address:   Schulte, Roth & Zabel, LLP
           919 Third Avenue
           New York, NY  10022

E-Mail:    Sara.Solfanelli@srz.com