John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Ronald E. Richman
Sara E. Solfanelli
Jaimie C. Davis
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
(212) 756-2048

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., <br> 1000 Fannin #4000 <br> Houston, TX 77002 | : <br> : Civil Action No. 2:10-cv-03984 (FSH/PS) <br> : | |
| Plaintiff, | : | ***Document electronically filed.*** |
| v. | : | |
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND <br> 585 Hamburg Turnpike <br> Wayne, NJ 07470, | : <br> : <br> : | ***CORRECTED NOTICE*** |
| and | : | |
| TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND <br> 585 Hamburg Turnpike <br> Wayne, NJ 07470, | : <br> : <br> : | |
| Defendants. | : | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO

Dated: September 11, 2010     By:   /s/ Melissa E. Flax
                                    MELISSA E. FLAX

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:     Jaimie C. Davis

Address:  Schulte, Roth & Zabel, LLP
          919 Third Avenue
          New York, NY  10022

E-Mail:   Jaimie.Davis@srz.com