# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND and TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, <br><br> Defendants. | Civil Action No. 10-cv-3984 (FSH)(PS) |

## RULE 65(b) CERTIFICATION

I, Thomas J. Bender, under Federal Rule of Civil Procedure 65(b), certify as follows:

1. I am a shareholder with the law firm of Littler Mendelson, P.C.

2. At approximately 12:45 PM today I left a voice mail message with Ronald Richman, counsel for Defendants in this action, and a message with his secretary, to advise him that I would be filing the attached motion package and seeking temporary restraints against Defendants.

3. Immediately thereafter, I sent Mr. Richman a copy of this motion package by email and first class mail.

_____
Thomas J. Bender

September 16, 2010

2