

Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, New Jersey 07102

Glenn J. Smith
Office Managing Shareholder

Frank A. Custode
973.848.4712 direct
973.848.4700 main
973.741.2309 fax
fcustode@littler.com

September 16, 2010

**COURTESY COPIES VIA ECF & FEDERAL EXPRESS**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S.P.O. Cthse. Bldg., Rm. 6000
P.O. Box 999
Newark, New Jersey 07101

Re:  Waste Management of New Jersey, Inc. v. Teamsters-Employers Local 945 Pension Fund, *et al.*
<u>Civil Case No. 10-cv-3984 (FSH) (PS)</u>

Dear Judge Hochberg:

This firm represents plaintiff Waste Management of New Jersey, Inc. ("plaintiff") in the above-referenced matter. Earlier today, our office filed via ECF plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction to Enjoin Arbitration Scheduled for September 29, 2010. Enclosed please find courtesy copies of (1): Order to Show Cause seeking Temporary Restraints and Preliminary Injunction; (2) Brief In Support of Motion for Temporary Restraining Order and Preliminary Injunction To Enjoin Arbitration Scheduled for September 29, 2010 (with accompanying Certificate of Service and Exhibits A through M); and (3) Rule 65(b) Certification.

We thank the Court for its attention to this matter.

Respectfully submitted,

Frank A. Custode

Encl.
cc:  Thomas J. Bender, Esq. (w/ encl. via e-mail)
     Susan Katz Hoffman, Esq. (w encl. via e-mail)
     Matthew J. Hank, Esq. (w encl. via e-mail)
     Ronald Richman, Esq. (w/ encl. via federal express and e-mail)
     John M. Agnello, Esq. (w/ encl. via ECF)
     Melissa E. Flax, Esq. (w/ encl. via ECF)

Firmwide:97450775.1 046609.1744

littler.com