

Employment & Labor Law Solutions Worldwide

**Littler Mendelson, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102

Glenn J. Smith
Office Managing Shareholder

Frank A. Custode
973.848.4712 direct
973.848.4700 main
973.741.2309 fax
fcustode@littler.com

September 16, 2010

**VIA ECF**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S.P.O. Cthse. Bldg., Rm. 6000
P.O. Box 999
Newark, New Jersey 07101

> Re:   **Waste Management of New Jersey, Inc. v. Teamsters-Employers Local
> 945 Pension Fund,** *et al.*
> <u>**Civil Case No. 10-cv-3984 (FSH) (PS)**</u>

Dear Judge Hochberg:

This firm represents plaintiff Waste Management of New Jersey, Inc. ("plaintiff") in the above-referenced matter. Pursuant to my discussion with Your Honor's law clerk, please be advised that the parties hereby jointly request a telephone conference with the Court to discuss plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction to Enjoin Arbitration Scheduled for September 29, 2010, and to schedule oral argument for the Motion. Both parties have indicated that they are available on Wednesday, September 22, 2010 for the oral argument.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Frank A. Custode

cc:   Thomas J. Bender, Esq. (via e-mail)
Susan Katz Hoffman, Esq. (via e-mail)
Matthew J. Hank, Esq. (via e-mail)
Ronald Richman, Esq. (via e-mail)
John M. Agnello, Esq. (via ECF and e-mail)
Melissa E. Flax, Esq. (via ECF and e-mail)

Firmwide:97476410.1 046609.1744