NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., | : |
| | : Hon. Faith S. Hochberg |
| Plaintiff, | : |
| | : Civil No. 10-3984 (FSH) |
| v. | : |
| | : **ORDER** |
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND and TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, | : |
| | : Date: September 20, 2010 |
| Defendants. | : |

This matter coming before this Court upon Plaintiff's September 16, 2010 motion for a temporary restraining order and preliminary injunction to enjoin the arbitration between Waste Management and Defendant Teamsters-Employers Local 945 Pension Fund scheduled to begin before Arbitrator Margaret Leibowitz on September 29, 2010;

**IT IS** on this 20th day of September, 2010,

**ORDERED** that Defendants shall show cause in a written submission to the Court by **September 23, 2010** why the temporary restraining order and preliminary injunction should not be granted; and it is further

**ORDERED** that Plaintiff may submit any response by **September 25, 2010**.

.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.