John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Ronald E. Richman
Sara E. Solfanelli
Jaimie C. Davis
Schulte, Roth & Zabel, LLP
900 Third Avenue
New York, NY  10022
(212) 756-2048

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., | Civil Action No. 2:10-cv-03984 (FSH/PS) |
| Plaintiff, | ***Document electronically filed.*** |
| v. | |
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND and TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

Melissa E. Flax, of full age and upon her oath, certifies as follows:

1. On September 23, 2010, the following documents were filed and served via ECF electronic mail on Plaintiff's counsel, Frank A. Custode. (fcustode@littler.com), Jacqueline K. Hall. (jhall@littler.com), Thomas Bender (TBender@littler.com), Susan Hoffman (SHoffman@littler.com) and Matthew Hank (mhank@littler.com):

- A. Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to Enjoin Arbitration Scheduled for September 29, 2010.

- B. Declaration of Jaimie C. Davis in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to Enjoin Arbitration Scheduled for September 29, 2010.

- C. Declaration of Catherine Oakes in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to Enjoin Arbitration Scheduled for September 29, 2010.

2. On September 24, 2010, hard copies of the foregoing documents were served via hand delivery on Plaintiff's counsel:

>Frank A. Custode, Esq.
>Jacqueline K. Hall, Esq.
>Littler Mendelson, P.C.
>1085 Raymond Blvd, 8th Floor.
>Newark, NJ 07102

>/s/ Melissa E. Flax
>MELISSA E. FLAX

Dated: September 24, 2010