UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Ronald E. Richman
Sara E. Solfanelli
Jaimie C. Davis
Schulte, Roth & Zabel, LLP
900 Third Avenue
New York, NY  10022
(212) 756-2048

*Attorneys for Defendants*

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., | : |
| | : Civil Action No. 2:10-cv-03984 (FSH/PS) |
| Plaintiff, | : *Document electronically filed.* |
| v. | : |
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND and TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, | : **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |
| | : **(Local Civil Rule 6.1)** |
| Defendants. | : |

Pursuant to L. Civ. R. 6.1, application is hereby made for a Clerk's Order extending the time within which Defendants, Teamsters-Employers Local 945 Pension Fund and Trustees Of Teamsters-Employers Local 945 Pension Fund, may move, answer or otherwise reply to the Complaint filed by Plaintiff herein for a period of 15 days and it is represented that:

1. No previous extension has been applied for or obtained;

2. Two Notices of a Lawsuit and Request to Waive Service of a Summons dated August 5, 2010 were served on Defendants, and the Waivers of Service of Summons were executed by Defendants and served on Plaintiff on August 31, 2010. Plaintiff has not yet filed the Waivers with the Court and therefore there is no specific date that service of process was effectuated. However, by the terms of the Notices, Defendants' response to the Complaint is due 60 days from the date of the Notices (*i.e.* August 5, 2010); and

3. Defendants' time to answer, move or otherwise reply expires on October 4, 2010.

4. Defendants reserve all defenses regarding service of process and jurisdiction.

Dated: October 1, 2010

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Defendants

By: __/s/ Melissa E. Flax__
       MELISSA E. FLAX

## ORDER

The time within which Defendants, Teamsters-Employers Local 945 Pension Fund and Trustees Of Teamsters-Employers Local 945 Pension Fund, may answer, move or otherwise reply is hereby extended from October 4, 2010 to October 19, 2010.

ORDER DATED _____, 2010.


WILLIAM T. WALSH, Clerk


By:_____
    Deputy Clerk