NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASTE MANAGEMENT OF NEW JERSEY, INC., | : Hon. Faith S. Hochberg |
| Plaintiff, | : Civil No. 10-3984 (FSH) |
| v. | : **ORDER** |
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND and TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, | : Date: October 4, 2010 |
| Defendants. | |

**IT IS** on this 4th day of October, 2010,

**ORDERED** that at the scheduled October 5, 2010 hearing on Plaintiff's application for a preliminary injunction, the parties will be prepared to present to this Court any documents governing the arbitrability of delinquent contributions disputes, both under the terms of the Resolution at issue and under any other relevant terms.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.