UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------- x
WASTE MANAGEMENT OF NEW
JERSEY, INC.

    Plaintiff,

  v.

TEAMSTERS-EMPLOYERS LOCAL 945
PENSION FUND

    and

TRUSTEES OF TEAMSTERS-
EMPLOYERS LOCAL 945 PENSION
FUND

    Defendants.
---------------------------------------------------------- x

Case No. 2:10-CV-03984-FSH-PS

**ORDER**

    THIS MATTER having been opened to the Court by way of the December __, 2010 joint letter; and it appearing to the Court from the joint letter that the parties have consented and agreed to the form and entry of the within Order; and for good cause shown;

    IT IS on this 20th day of December, 2010

    ORDERED as follows:

    1.    The parties will proceed with the delinquent contribution arbitration under the 2007 resolution.

    2.    The parties waive any challenges with respect to proceeding with the delinquent contribution arbitration under the 2007 resolution

    3.    The parties dispense with discovery.

    4.    A final judgment will be entered after the Court's ruling in connection with the briefing as set forth in paragraph 5 on the issue of the collateral estoppel effect of the delinquent contribution arbitration on the withdrawal liability arbitration.

5. The collateral estoppel issue shall be briefed in accordance with the following briefing schedule:

<u>Opening Briefs</u>: <u>February 15, 2011</u>

<u>Answering Briefs</u>: <u>March 1, 2011</u>

<u>Reply Briefs</u>: <u>March 8, 2011</u>

---
~~HONORABLE PATTY SHWARTZ, U.S.M.J.~~
Hon. Faith S. Hochberg, USDJ
December 20, 2010