John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739

Ronald E. Richman
Jaimie C. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Counsel for Defendants Teamsters-Employers
Local 945 Pension Fund and Trustees of
Teamsters-Employers Local 945 Pension Fund*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------------------x
WASTE MANAGEMENT OF
NEW JERSEY, INC.

    Plaintiff,

    v.

TEAMSTERS-EMPLOYERS LOCAL 945
PENSION FUND

    and

TRUSTEES OF TEAMSTERS-EMPLOYERS
LOCAL 945 PENSION FUND

    Defendants.
------------------------------------------------------------x

Case No. 2:10-CV-03984-FSH-PS

## **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Teamsters-Employers Local 945 Pension Fund (the "Fund") states that it is a Taft-Hartley trust fund that is established and maintained pursuant to Section 302(c)(5) of the Labor Management Relations

Act (the "LMRA"), 29 U.S.C. § 186(c)(5). There is no parent corporation or publicly held corporation that has any ownership interest in the Fund.

February 22, 2011

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068-1739
(973) 994-1700

By: _____
John M. Agnello

*Of Counsel*

Ronald E. Richman (*pro hac vice*)
Jaimie C. Davis (*pro hac vice*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000

*Attorneys for Defendants Teamsters-Employers Local 945 Pension Fund and Trustees of Teamsters-Employers Local 945 Pension Fund*